UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 13-194 |
| STOKLEY AUSTIN | SECTION "B" |

### ORDER

Considering defendant Stokley Austin's "motion of course" (Rec. Doc. 233), and defendant's motion to quash (Rec. Doc. 234),

**IT IS HEREBY ORDERED** that the "motion of course" (Rec. Doc. 233) is **DENIED AS MOOT.** Whereas defendant claims in his motion that the government has failed to respond to his motion for compassionate release at Rec. Doc. 230, the government responded to defendant's motion on August 4, 2023 at Rec. Doc. 232. In light of the government's response opposing defendant's motion to grant "reduction," it cannot be said that the government impliedly consents to such reduction. *See* Rec. Doc. 232. However, the government was directed to respond to defendant's motion "no later than June 30, 2023," yet no such response was filed into the record until August 4, 2023.

**IT IS FURTHER ORDERED** that the government show cause in writing of no more than five pages for its delayed response to defendant's motion **within 7 days from today.**

**IT IS FURTHER ORDERED** that defendant's motion to quash (Rec. Doc. 234) is **DENIED.** Whereas the Court "construe[s] pro se

1

litigants' pleadings liberally, . . . pro se litigants are not exempt from compliance with the relevant rules of procedure and substantive law[.]" See *Wells v. Ali*, 304 Fed. App'x 292, 293 (5th Cir. 2008) (first citing *Howard v. King*, 707 F.2d 215, 220 (5th Cir. 1983); and then citing *Birl v. Estelle*, 660 F.2d 592, 593 (5th Cir. 1981)). Here, defendant cites no legal authority for his request to quash the government's opposition to his motion.

New Orleans, Louisiana this 17th day of August, 2023

_____
SENIOR UNITED STATES DISTRICT JUDGE